# UNITED STATES DISTRICT COURT

District of    Massachusetts

Omnipoint Holdings, Inc.

V.

The Town of Manchester-By-The-Sea,
Town of Manchester-By-The-Sea Zoning
Board of Appeals, Town of Manchester-
By-The-Sea Planning Board, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 04 - 11460 RWZ

TO: (Name and address of Defendant)

Charles Everitt
6 Proctor Street
Manchester, MA  01944

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William A. Worth, Esq.
Craig M. Tateronis, Esq.
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA  02109

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

6-25-04

CLERK

DATE

(By) DEPUTY CLERK

*and Civil Cover Sheet and Category Sheet

*

I hereby certify and return that today, July 9, 2004, at 4:20 PM, I served a true and attested copy of the within Summons together with a copy of the complaint in this action upon the within named Charles Everitt, by leaving said copies at 6 Proctor Street, Manchester, MA 01944 *his/her* last and usual abode. Furthermore, later this same day I mailed (first class postage prepaid) additional true and attested copies to the within named Charles Everitt, at 6 Proctor Street, Manchester, MA 01944.

I declare under the penalty of perjury under the laws of the United States of America
that the foregoing information is true and correct. Executed on July 9, 2004.

_____

**Joseph P. Butler Jr., Process Server**
& Disinterested Person over Age 18.

Service & Travel:$50.00

**Butler and Witten**
Boston, MA
(617) 325-6455