UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OMNIPOINT HOLDINGS, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE TOWN OF MANCHESTER-BY-THE-SEA, TOWN OF MANCHESTER-BY-THE-SEA ZONING BOARD OF APPEALS, TOWN OF MANCHESTER-BY-THE-SEA PLANNING BOARD, PETER LEONE, DARRELL ALDRICH CHARLES EVERITT, PETER FEUERBACH and PAUL SULLIVAN in their capacities as members of the Manchester-by-the-Sea Zoning Board of Appeals, and CARROLL CABOT, THEODORE BROWN, DONALD HALGREN, GARY GILBERT, JOHN NEWHALL and THOMAS KEHOE, in their capacities as members of Manchester-by-the-Sea Planning Board | Civil Action No. 04-11460RWZ |

## NOTICE OF DISMISSAL

NOW COMES the plaintiff in the above-captioned action, and hereby files this Notice of Dismissal pursuant to Mass.R.Civ.P. 41(a)(1)(i).

The plaintiff states that defendants have not served on plaintiff an answer, and accordingly plaintiff is entitled to dismiss this action with prejudice and without costs pursuant to Mass.R.Civ.P. 41(a)(1)(i).

OMNIPOINT HOLDINGS, INC.

By its attorneys,

_____
William A. Worth, Esq., BBO # 544086
Craig M. Tateronis, Esq., BBO #553628
PRINCE, LOBEL, GLOVSKY & TYE LLP
585 Commercial Street
Boston, MA 02109
Telephone: (617) 456-8000

Dated: August 20, 2004