Prince, Lobel, Glovsky & Tye LLP
Attorneys at Law



August 24, 2004

Clerk
United States District Court
 For the District of Massachusetts
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    RE:    Omnipoint Holdings, Inc. v. The Town of Manchester-by-the-Sea, et al.
            Civil Action No. 04-11460 RWZ

Dear Sir or Madam:

Please note that, on August 20, we filed a Notice of Dismissal in this matter on behalf of plaintiff Omnipoint Holdings, Inc. Inadvertently, we referenced the Massachusetts Rule of Civil Procedure 41(a) rather than Federal Rule of Procedure 41(a). We enclose a corrected version for filing in this matter.

Thank you for your attention to this matter.

Very truly yours,

William A. Worth

WAW/gd
Enclosure

cc:   Patricia A. Cantor, Esq.

PRINCE . LOBEL . GLOVSKY & TYE LLP